✎AO ___     Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
**NORTHERN** District of **NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| vs. | |
| REGINALD LACY | Case Number: 1:01-cr-410-001 (NAM) |
| | USM Number: 11038-052 |
| Date of Previous Judgment: January 21, 2003 (Use Date of Last Amended Judgment if Applicable) | Lisa A. Peebles, Esq. Defendant's Attorney |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of <u>121</u> months **is reduced to 120 months**.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: 29 | Amended Offense Level: 27 |
| Criminal History Category: IV | Criminal History Category: IV |
| Previous Guideline Range: 121 to 151 months | Amended Guideline Range: 120 to 125 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (**explain**):_____
_____
_____
_____

## III. ADDITIONAL COMMENTS
_____
_____

Except as provided above, all provisions of the judgment dated <u>January 21, 2003</u> shall remain in effect.

**IT IS SO ORDERED**.

March 6, 2008
Order Date

_____
Effective Date (if different from order date)

_Norman A. Mordue_
Norman A. Mordue
Chief United States District Court Judge